UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
ERIC MASSEY

                Plaintiff,

v.

REMINGTON ARMS COMPANY, LLC,

                Defendant.
---------------------------------------------------------------x

Civil Action No.:
6:17-cv-00581 (DNH/ATB)

## STIPULATION OF DISMISSAL WITH PREJUDICE

It is hereby STIPULATED AND AGREED, by and between Plaintiff Eric Massey and Defendant Remington Arms Company, LLC, through their undersigned counsel, who state that they have been authorized by the Parties to enter into this Stipulation, and who further state that none of the parties hereto is an infant or incompetent, that the above-captioned action is hereby dismissed in its entirety, with prejudice, and with no award of attorneys' fees, costs and/or disbursements to any Party.

Dated: January 4, 2018

*ATTORNEYS FOR PLAINTIFF*
*ERIC MASSEY*

By: _____
J. Patrick Lannon
Cherundolo Law Firm, PLLC
AXA Tower I, Suite 1710
100 Madison St.
Syracuse, N.Y. 13202
plannon@cherundololawfirm.com

Dated: January 5, 2018

*ATTORNEYS FOR DEFENDANT,*
*REMINGTON ARMS COMPANY, LLC*

By: _____
Kristi Rich Winters
Jackson Lewis P.C.
677 Broadway, 9th Floor
Albany, NY 12207
T: 518-512-8700
F: 518-242-7730
kristi.winters@jacksonlewis.com

**CERTIFICATION OF SERVICE**

I hereby certify that on January 5, 2018, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.

*/s/ Kristi Rich Winters*
Kristi Rich Winters