_____
David N. Hurd
United States District Judge

Dated:    January 8, 2018
          Utica, NY

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x

ERIC MASSEY

                    Plaintiff,

          v.

REMINGTON ARMS COMPANY, LLC,

                    Defendant.
----------------------------------------------------------x

Civil Action No.:
6:17-cv-00581 (DNH/ATB)

## STIPULATION OF DISMISSAL WITH PREJUDICE

It is hereby STIPULATED AND AGREED, by and between Plaintiff Eric Massey and

Defendant Remington Arms Company, LLC, through their undersigned counsel, who state that they

have been authorized by the Parties to enter into this Stipulation, and who further state that none of

the parties hereto is an infant or incompetent, that the above-captioned action is hereby dismissed in

its entirety, with prejudice, and with no award of attorneys' fees, costs and/or disbursements to any

Party.

Dated: January 4, 2018

Dated: January 5, 2018

*ATTORNEYS FOR PLAINTIFF*
*ERIC MASSEY*

By:_____
    J. Patrick Lannon
    Cherundolo Law Firm, PLLC
    AXA Tower I, Suite 1710
    100 Madison St.
    Syracuse, N.Y. 13202
    plannon@cherundololawfirm.com

*ATTORNEYS FOR DEFENDANT,*
*REMINGTON ARMS COMPANY, LLC*

By:_____
    Kristi Rich Winters
    Jackson Lewis P.C.
    677 Broadway, 9th Floor
    Albany, NY 12207
    T: 518-512-8700
    F: 518-242-7730
    kristi.winters@jacksonlewis.com

## CERTIFICATION OF SERVICE

I hereby certify that on January 5, 2018, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

*/s/ Kristi Rich Winters*
Kristi Rich Winters